UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-80176-CR-Cohn/Matthewman

18 U.S.C. § 2250

UNITED STATES OF AMERICA,

vs.

WALTER LEE IVY,

Defendant.

_____/

```
FILED BY ___KJZ___
                 Deputy Clerk

Sep 4, 2018

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach
```

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

From on or about December 12, 2017, through on or about June 27, 2018, in Palm Beach

County, in the Southern District of Florida, and elsewhere, the defendant,

**WALTER LEE IVY,**

an individual required to register under the Sex Offender Registration and Notification Act,

traveled in interstate and foreign commerce, and did knowingly fail to register and update a

registration as required by the Sex Offender Registration and Notification Act, in violation of

Title 18, United States Code, Section 2250.

A TRUE BILL

FOREPERSON

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 18-80176-CR-Cohn/Matthewman |

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

WALTER LEE IVY,
　　　　　　　　　　Defendant.

**Superseding Case Information:**

_____/

Court Division: (Select One)

| | | | | |
|---|---|---|---|---|
| Miami ____ | Key West ____ | | | |
| FTL __ | WPB X | FTP __ | | |

New Defendant(s)　　　　　　YES ____　　NO ____
Number of New Defendants
Total number of counts ____

I do hereby certify that:

1.　I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.　I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.　Interpreter:　　(Yes or No)　　No ____
　　List language and/or dialect　_____

4.　This case will take　　2-3　　days for the parties to try.

5.　Please check appropriate category and type of offense listed below:
　　(Check only one)　　　　　　　　　　　　　　　　　　(Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6.　Has this case been previously filed in this District Court? (Yes or No)　　No ____
If yes:
Judge: _____　　　　　　Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?　(Yes or No)　　No ____

If yes:　Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of　06/27/2018
Defendant(s) in state custody as of _____
Rule 20 from the
District of _____

Is this a potential death penalty case? (Yes or No) ____Yes　　X　No

7.　Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?　　____ Yes　　X　No

8.　Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?　　____ Yes　　X　No

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LOTHROP MORRIS
　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　Florida Bar/Court No. 0095044

*Penalty Sheet(s) attached　　　　　　　　　　　　　　　　　　REV.9/11/07

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **WALTER LEE IVY,**

Case No: 18-80176-CR-Cohn/Matthewman

Count #: 1

Failure to Register under SORNA,

Title 18, U.S.C. Section 2250

\* **Max.Penalty**: 10 Years' Imprisonment, 5 Years to Life Supervised Release; $250,000 Fine;

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**